DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCOIS MEZIL** and **GENEVIEVE MEZIL,**
Appellants,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY, INC.,**
Appellee.

No. 4D20-1734

[October 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-013806.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellants.

Anthony J. Russo and Mihaela Cabulea of Butler Weihmuller Katz Craig LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***